# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 20-03046-05-CR-S-BP |
| RUFUS H. JONES, | ) ) ) | |
| Defendant. | ) | |

## ORDER

Before the Court is the second Motion filed personally by Defendant, asking the undersigned to reconsider detention. (Doc. 146.) As Defendant has been advised previously, he is represented by an attorney in this case, and the Court "is not required 'to entertain pro se motions filed by a represented party.'" *United States v. Tollefson*, 853 F.3d 481, 485 (8th Cir. 2017) (citing *Abdullah v. United States*, 240 F.3d 683, 686 (8th Cir. 2001)). Furthermore, the Scheduling and Trial Order entered on June 22, 2020 states that pro se filings will not be accepted from defendants who are represented by counsel. (Doc. 82 ¶ VI(A).) Accordingly, the second pro se Motion to reconsider detention is **DENIED**. Any request of the Court must be made by and through Defendant's attorney.

**IT IS SO ORDERED.**

/s/ *David P. Rush*
DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE

DATE: August 7, 2020