IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 20-03046-05-CR-S-BP |
| RUFUS H. JONES, | ) ) ) |
| Defendant. | ) ) |

## ORDER

Before the Court is the fourth Motion filed personally by Defendant, asking the undersigned to reconsider detention. (Doc. 187.) As Defendant has been advised previously, he is represented by an attorney in this case, and the Court "is not required 'to entertain pro se motions filed by a represented party.'" *United States v. Tollefson*, 853 F.3d 481, 485 (8th Cir. 2017) (citing *Abdullah v. United States*, 240 F.3d 683, 686 (8th Cir. 2001)). Furthermore, the Scheduling and Trial Order entered on June 22, 2020 states that pro se filings will not be accepted from defendants who are represented by counsel. (Doc. 82 ¶ VI(A).) Accordingly, the fourth pro se Motion to reconsider detention is **DENIED**. Any request of the Court must be made by and through Defendant's attorney, Jason Coatney. The Clerk's Office is directed to send a copy of this Order to Defendant via regular mail.

**IT IS SO ORDERED.**

/s/ *David P. Rush*
DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE

DATE: October 7, 2020